IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| ARTURO ROJAS GONZALEZ | § | |
|---|---|---|
| VS. | § | CIVIL ACTION NO. 1:19cv429 |
| UNITED STATES OF AMERICA | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Arturo Rojas Gonzalez, proceeding *pro se*, brought this civil rights lawsuit. The Court referred this matter to the Honorable Keith F. Giblin, United States Magistrate Judge. The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge. The Magistrate Judge recommends that the petition be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(b).

The Court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record and pleadings. Proper notice was given to plaintiff at his last known address. *See* FED. R. CIV. P. 5(B)(2)(C). The Court notes that plaintiff's address changed, but he failed to notify the Court in contravention of Local Rule CV-11(d). No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct and the report of the Magistrate Judge is **ADOPTED** as the opinion of the Court. A final judgment shall be entered in accordance with the recommendation of the Magistrate Judge.

**SIGNED this 9th day of March, 2020.**

Michael J. Truncale
United States District Judge